No. 05–6602. TROXLER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 05–6603. PORTER v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6604. HODGE ET VIR v. UNITED STATES POSTAL SERVICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 05–6607. NORTONSEN v. REID, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–6611. BERNSTEIN v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 05–6622. ASKEW v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 05–6623. KUCERNAK v. SINFIELD ET AL. C. A. 9th Cir. Certiorari denied.

No. 05–6625. GORDON v. HENDRICKS. Ct. App. D. C. Certiorari denied.

No. 05–6627. ALMONTE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 05–6632. MAYOLO v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 05–6633. ACEVES JIMENEZ v. MCGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6634. WILSON, AKA KRUIDENIER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 05–6639. DRISCOLL v. DELAROSA. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 05–6640. MOHSEN v. QUICKTURN DESIGN SYSTEMS, INC. C. A. Fed. Cir. Certiorari denied.